IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
_____3rd_____ DIVISION

2013 AUG 27 PM 1: 13

DONALD NOVY                                        PLAINTIFF

VS.        CASE NO. cv 2013-445

HOME DEPOT U.S.A., INC.                      DEFENDANT

## COMPLAINT

Comes now Plaintiff, Donald Novy, by and through his attorneys, Lauck Law Firm, P.A., and for his Complaint against Defendant Home Depot U.S.A., Inc. ("Home Depot"), he alleges and states:

1. Plaintiff is a resident of Faulkner County, Arkansas. The Defendant is a corporation with a facility located in Cabot, Lonoke County, Arkansas. The incident giving rise to this cause of action occurred at the Defendant's facility in Cabot, Lonoke County, Arkansas.

2. This Court has jurisdiction of the parties to this action and the subject matter herein, and this Court is the proper venue for this cause of action.

3. On or about September 2, 2010, the Plaintiff was walking in an area and walkway near the exit to Defendant's facility where customers parked vehicles to pick up larger items when he slipped on a foreign substance or liquid and fell, causing severe injuries to his body, particularly to his right knee.

4. The Plaintiff was on the premises of the Defendant for the mutual business benefit of the Defendant and himself.

5. The foreign substance or liquid on the surface of the parking lot was not known by or obvious to the Plaintiff.



EXHIBIT A

6. The foreign substance or liquid appeared to be motor oil or other substances or liquids from vehicles that parked or drove through an area and walkway near the exit to Defendant's facility where customers parked vehicles to pick up larger items.

7. It was foreseeable that Plaintiff or another of Defendant's customers would slip on the foreign substance or liquid and fall.

8. Also, the danger of recurrent conditions existed because vehicles leaked oil and other substances and liquids in the area and walkway near the exit to Defendant's facility where customers drove or parked vehicles to pick up larger items and Defendant failed to use ordinary care to keep the premises free from these recurrent slippery and dangerous conditions likely to cause injury to Plaintiff and other invitees on Defendant's premises.

9. The Plaintiff alleges that the Defendant was negligent in the following respects:

   a) The Defendant allowed a foreign substance or liquid to accumulate on the parking lot where the Plaintiff and other invitees walked;

   b) The Defendant failed to exercise ordinary care to maintain its premises in a reasonably safe condition for the benefit of the Plaintiff, an invitee on said premises;

   c) That the presence of a foreign substance or liquid on the premises was the result of the Defendant's negligence; or, in the alternative, that the foreign substance or liquid had been on the premises for such a length of time that the Defendant knew or reasonably

    should have known of its presence and failed to use ordinary care to remove it; and

  d)   That the Defendant failed to warn the Plaintiff of the foreign substance or liquid on its premises.

10.   The Defendant's negligence was a direct and proximate cause of the physical injuries the Plaintiff suffered throughout his body and particularly to his right knee.

11.   The Defendant's negligence was a direct and proximate cause of the Plaintiff's damages, including but not limited to:

  a)   Plaintiff's physical injuries throughout his body and particularly to his right knee, all of which are permanent in nature;

  b)   Plaintiff's great pain and suffering that he has incurred and that he will continue to incur in the future;

  c)   Plaintiff's mental anguish that he has incurred and that he will continue to incur in the future;

  d)   Plaintiff's expenses incurred for medical treatment and he will incur expenses for medical treatment in the future; and

  e)   Plaintiff's loss of earnings as a result of his injuries and future loss of earnings, and Plaintiff's loss of ability to earn in the future

12.   Plaintiff requests a jury trial.

WHEREFORE, Plaintiff Donald Novy, respectfully prays for judgment against Defendant Home Depot U.S.A., Inc., in an amount that exceeds the jurisdictional

requirements for federal court diversity of citizenship cases, for a reasonable attorney's fee, and for all other proper relief to which he may be entitled.

Respectfully submitted,

LAUCK LAW FIRM, P.A.

*Scott Lauck*
Chester H. Lauck, III (99107)
Scott G. Lauck (91012)
217 W. 2nd St., Suite 208
Little Rock, AR 72201
(501) 375-2825
(501) 375-2826 FAX
scott@laucklaw.com
chet@laucklaw.com

*Attorneys for Donald Novy*