# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DONALD NOVY | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:13CV00581 SWW |
| HOME DEPOT USA, INC. | * |
| | * |
| Defendant | * |
| | * |

## ORDER

Before the Court is the parties' joint motion to dismiss. The parties report that Plaintiffs' claims have been settled, and they ask the Court to dismiss the case with prejudice. The motion (ECF No. 27) is GRANTED. This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 18TH DAY OF MARCH, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE